IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SEGEBARTH, individually and on behalf of all others similarly situated, | : <br> : <br> : Civil Action No: 19-cv-5500 <br> Plaintiffs, : <br> : <br> v. : <br> : <br> CERTAINTEED LLC, : <br> : <br> Defendant. : |

## STIPULATION REGARDING CERTAINTEED'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

The parties to this action hereby stipulate and agree that the period for CertainTeed LLC to file an answer to Plaintiffs' Amended Complaint is tolled in light of the settlement agreement in principle that has been reached between the parties.  The Amended Complaint was filed by agreement of the parties solely to add an additional named plaintiff Susan Stone who has assisted Plaintiffs' counsel in the investigation and prosecution of this action on behalf of the class members and did not change Plaintiffs' substantive allegations.  The parties are now preparing final settlement documents and will file a motion for preliminary approval of settlement, and supporting documents, with the Court as soon as possible.  Given the status of this litigation, the parties agree that this stipulation serves the interests of judicial economy and the efficient use of the parties' resources.  Should the parties fail to

-2-

reach agreement on final settlement documentation the parties will notify the Court

and request a conference to set a further schedule for this matter.

*/s/ Charles E. Schaffer*
Charles E. Schaffer
Levin Sedran & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com

Charles J. LaDuca
Brendan S. Thompson
Cuneo Gilberg & LaDuca LLP
4725 Wisconsin Ave.,
NW, Suite 200
Washington, DC 20016
charlesl@cuneolaw.com
brendant@cuneolaw.com

Michael A. McShane
Clinton Woods
Ling Y. Kuang
Audet & Partners, LLP
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
mmcshane@audetlaw.com
cwoods@audetlaw.com
lkuang@audetlaw.com

*Attorneys for Plaintiffs*

Date: July 8, 2021

*/s/ Robert L. Hickok*
Robert L. Hickok (PA I.D. No. 30101)
Leah Greenberg Katz (PA I.D. No. 307413)
Martha E. Guarnieri (PA I.D. No. 324454)
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: 215.981.4547
Facsimile: 800.768.6227
Robert.Hickok@Troutman.com
Leah.Katz@Troutman.com
Martha.Guarnieri@Troutman.com

*Attorneys for Defendant CertainTeed LLC*

Date: July 8, 2021

-3-

**SO ORDERED this \_\_\_ day of _____, 2021:**

_____
**PAUL S. DIAMOND**
**United States District Judge**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, a true and correct copy of the foregoing Stipulation Regarding CertainTeed's Answer to Plaintiffs' Amended Complaint was served via the Court's electronic filing system upon:

>Charles E. Schaffer
>Levin Sedran & Berman, LLP
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>cschaffer@lfsblaw.com
>
>Charles J. LaDuca
>Brendan S. Thompson
>Cuneo Gilberg & LaDuca LLP
>4725 Wisconsin Ave., NW, Suite 200
>Washington, DC 20016
>charlesl@cuneolaw.com
>brendant@cuneolaw.com
>
>Michael A. McShane
>Clinton Woods
>Ling Y. Kuang
>Audet & Partners, LLP
>711 Van Ness Ave., Suite 500
>San Francisco, CA 94102
>mmcshane@audetlaw.com
>cwoods@audetlaw.com
>lkuang@audetlaw.com
>
>*Attorneys for Plaintiffs*

>>*s/ Robert L. Hickok*
>>Robert L. Hickok