IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SEGEBARTH and SUSAN STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED LLC,<br><br>Defendant. | Case No. 19-cv-5500 |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL

Plaintiffs respectfully move the Court for an Order approving the proposed Settlement in this matter pursuant to Federal Rule of Civil Procedure 23(e). In support of this motion, Plaintiffs are concurrently submitting a memorandum of law that addresses the relevant settlement approval factors.

On August 2, 2022, Plaintiffs' motion for preliminary approval was granted (ECF No. 53). On November 1, 2022, Plaintiffs filed a motion for an award of attorneys' fees, expenses, and service awards (ECF No. 58).

A proposed Final Order and Judgment approving this motion is being filed herewith.

In accordance with Local Rule 7.1(b), Plaintiffs certify that Defendant does not oppose this motion.

Dated: December 7, 2022                      Respectfully submitted,

                                             */s/ Charles E. Schaffer*

                                             Charles E. Schaffer

1

**Levin Sedran & Berman, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com

Charles J. LaDuca
Brendan S. Thompson
**Cuneo Gilbert & LaDuca LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
charlesl@cuneolaw.com
brendant@cuneolaw.com

Michael A. McShane
Ling Y. Kuang
**Audet & Partners, LLP**
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
mmcshane@audetlaw.com
lkuang@audetlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 7, 2022, a true and correct copy of the accompanying document was filed via the Court's CM/ECF system for electronic service on all counsel of record and is available for viewing and downloading from the ECF system.

              */s/ Charles E. Schaffer*

              Charles E. Schaffer
              **Levin Sedran & Berman, LLP**
              510 Walnut Street, Suite 500
              Philadelphia, PA 19106
              cschaffer@lfsblaw.com