IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM SEGEBARTH and SUSAN STONE,** individually and on behalf of all others similarly situated,  Plaintiffs, | : : : : : |
| v. | : Civ. No. 19-5500 |
| **CERTAINTEED LLC,**  Defendant. | : : : |

## J U D G M E N T

**AND NOW**, this 31st day of January, 2023, after holding a final fairness hearing, and upon consideration of Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 73), Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and a Lead Plaintiff Case Contribution Award (Doc. No. 58), the Amended Settlement Agreement (Doc. No. 57), and all related submissions, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 35) is **GRANTED**. The Amended Settlement Agreement (including the Release) is finally approved and shall be consummated in accordance with its terms. The Class is finally certified for settlement purposes only pursuant to Rule 23. Fed. R. Civ. P. 23. Kathryn Eloff, Esq., as Personal Representative of the Estate of Kim Segebarth and Susan Stone are finally appointed Class Representatives and Plaintiffs' Counsel (Audet & Partners, LLP; Levin, Sedran & Berman; Cuneo Gilbert & LaDuca, LLP) are finally appointed as Class Counsel;

2. Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and a Lead Plaintiff Case Contribution Award (Doc. No. 36) is **GRANTED**. Counsel is awarded $1,561,071.03 in fees and $113,928.97 in litigation expenses. Class Representatives each

are awarded a $7,500 service award;

3. All claims against Defendants are **DISMISSED with prejudice** in accordance with the terms of the Amended Settlement Agreement. The **CLERK OF COURT** shall **CLOSE** this case. See Fed. R. Civ. P. 54(b); and

4. The Court will retain exclusive jurisdiction over this action, Plaintiffs and all members of the Settlement Class, and Defendants, to determine all matters relating in any way to this Final Judgment and Order or the Amended Settlement Agreement, including but not limited to, issues surrounding the administration, implementation, interpretation, or enforcement of the Amended Settlement Agreement and this Order.

5. This Order, the Agreement, and the existence and nature of the Settlement are not, and shall not be construed as, an admission by Defendant of any liability or wrongdoing in this or in any other proceeding.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.